IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARILEE ANN HEWITT,

    Plaintiff,

    v.

COUNTY OF SACRAMENTO, et al.,

    Defendants.

No. CIV S-07-1037 DAD

ORDER RE-SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE

    This action has been reassigned to the undersigned for all further proceedings. The case was previously set for an initial scheduling conference on December 10, 2007, before the Honorable Garland E. Burrell, Jr. The status conference is re-set for **December 14, 2007, at 11:00 a.m.** in Courtroom No. 27 before the undersigned. Parties may appear telephonically. To arrange telephonic appearance, parties shall contact Pete Buzo, the courtroom deputy of the undersigned, at (916) 930-4128 no later than three days prior to the Status (Pretrial Scheduling) Conference. IT IS SO ORDERED.

DATED: December 4, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.consent\hewitt1037.ossc