IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARILEE ANN HEWITT,

    Plaintiff,                   No. CIV S-07-1037 DAD

    v.

COUNTY OF SACRAMENTO, et al.,    <u>ORDER</u>

    Defendants.

_____/

        This matter came before the court on December 14, 2007, for status (pretrial scheduling) conference. Attorneys Geri Lynn Green, Peter C. Grenier, and John A. Verdi appeared telephonically on behalf of plaintiff. Van Longyear, Esq. appeared for defendants.

        Having heard from the parties, and as discussed more fully on the record during the status conference, IT IS HEREBY ORDERED that:

        1. The parties' initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be made on or before January 11, 2008.

        2. The case is set for a further status conference on February 22, 2008, at 11:00 a.m. in Courtroom No. 27 before the undersigned. Parties may appear telephonically. To arrange telephonic appearance, parties shall contact Pete Buzo, the courtroom deputy of the undersigned, at (916) 930-4128 no later than three days prior to the further status conference.

1

3. On or before February 19, 2008, the parties shall file a very brief status report concerning the matters to be addressed at the further status conference.

DATED: December 14, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.consent\hewitt1037.oasc.121407