**LONGYEAR, O'DEA & LAVRA, LLP**

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

Van Longyear, CSB No. 84189
Jennifer Marquez, CSB No. 232194

Attorneys for Defendants, County of Sacramento
(also erroneously sued herein as Sacramento County
Sheriff's Department and Sacramento County Jail Correctional
Health Services); Sheriff John McGinness; Sandra Hand, M.D.;
John O'Shaughnessy; and Tamara Robinson, M.D.;
collectively referred to as County Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARILEE ANN HEWITT, on behalf of herself and on behalf of her deceased son, WILLIAM FRANCIS SAMS, as his successor in interest, and as Administratrix of the ESTATE OF WILLIAM FRANCIS SAMS,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>Defendants. | CASE NO. 2:07-CV-01037-DAD<br><br>**ORDER REGARDING CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

At the request of counsel for all parties, and good cause appearing, IT IS ORDERED that the Status Conference in this matter is continued to Friday, April 25, 2008, at 11:00 a.m.

DATED: February 20, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/hewitt1037.statusconf