| | |
|---|---|
| 1 | The Law Offices of Geri Lynn Green, LC |
| 2 | Geri Lynn Green, State Bar No. 127709<br>700 Montgomery Street |
| 3 | San Francisco, CA 94111<br>Telephone: (415) 982-2600 |
| 4 | Facsimile: (415) 358-4562<br>Email: gerigreen@earthlink.com |
| 5 | |
| 6 | Bode & Grenier, LLP<br>Peter C. Grenier, admitted *pro hac vice* |
| 7 | Douglas Melcher, admitted *pro hac vice*<br>1150 Connecticut Avenue, N.W. |
| 8 | Ninth Floor<br>Washington, D.C. 20036 |
| 9 | Telephone: (202) 828-4100<br>Facsimile: (202) 828-4130 |
| 10 | Email: pgrenier@bode.com |
| 11 | Email: dmelcher@bode.com |
| 12 | Attorneys for Plaintiff<br>**MARILEE ANN HEWITT** |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARILEE ANN HEWITT, on behalf of herself and on behalf of her deceased son, WILLIAM FRANCIS SAMS, as his successor in interest, and as Administratrix of the ESTATE OF WILLIAM FRANCIS SAMS,<br><br>     Plaintiff,<br><br>          v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>     Defendants. | Case No. 2:07-CV-01037-DAD<br><br>**STIPULATION AND ORDER TO ALLOW FILING OF THE PROPOSED SECOND AMENDED COMPLAINT**<br><br>FRCP Rule 15 (a) |

STIPULATION AND ORDER

1  Pursuant to Federal Rules of Civil Procedure Rule 15(a), the parties, through their
2  respective counsel of record, hereby stipulate and agree to the filing of Plaintiffs' Proposed
3  Second Amended Complaint (attached hereto) as of today's date: March 28, 2008.
4  IT IS SO STIPULATED:

5  Dated: March 28, 2008         LAW OFFICES OF GERI LYNN GREEN, LC

6                                 By:   /S/ Geri Lynn Green
7                                       Geri Lynn Green, State Bar No. 127709
                                        Attorneys for Plaintiff
8
                                  BODE & GRENIER, L.L.P.
9
10                                By:   /S/ Douglas Melcher
                                        Peter C. Grenier
11                                      Douglas Melcher
                                        Attorneys for Plaintiff/admitted *pro hac vice*
12
13 Dated: March 28, 2008          LONGYEAR O'DEA AND LAVRA, LLP

14                                By:   /S/ Dayton Van Vranken Longyear
                                        Dayton Van Vranken Longyear, State Bar No. 84189
15                                      Jennifer Marquez, Bar No. 232194
                                        Attorneys for Defendants
16

17  Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 15(a)(2), the
18  Clerk of the Court shall file Plaintiff's Second Amended Complaint with a filing date of
19  March 28, 2008.  IT IS SO ORDERED.
20  DATED: April 7, 2008
21
22                                      [signature]
                                        Dale A. Drozd
23                                      United States Magistrate Judge

24  Ddad1/orders.consent/hewitt1037.stipord.2ndac
25
26

STIPULATION AND ORDER                                                                  -1-