LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

Van Longyear, CSB No. 84189
Jennifer Marquez, CSB No. 232194

Attorneys for Defendants, County of Sacramento
(also erroneously sued herein as Sacramento County
Sheriff's Department and Sacramento County Jail Correctional
Health Services); Sheriff John McGinness; Sandra Hand, M.D.;
John O'Shaughnessy; and Tamara Robinson, M.D.;
collectively referred to as County Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARILEE ANN HEWITT, on behalf of herself and on behalf of her deceased son, WILLIAM FRANCIS SAMS, as his successor in interest, and as Administratrix of the ESTATE OF WILLIAM FRANCIS SAMS,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>Defendants. | CASE NO. 2:07-CV-01037-DAD<br><br>**STIPULATION AND ORDER REGARDING CONTINUANCE OF FURTHER STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>DATE:           April 25, 2008<br>TIME:           11:00 A.M.<br>COURTROOM:  27 |

The parties, through their respective counsel of record, hereby stipulate and agree to continue the Further Status Conference to Friday, May 30, 2008, at 11:00 a.m.

/////

/////

/////

Stipulation and Order Regarding Continuance of Status (Pretrial Scheduling) Conference
Page 1

IT IS SO STIPULATED:

Dated: April 22, 2008                    LAW OFFICES OF GERI LYNN GREEN, LC

                                         By: /s/ Geri Lynn Green
                                             Geri Lynn Green
                                             Attorneys for Plaintiff


Dated: April 22, 2008                    BODE & GRENIER, L.L.P.

                                         By: /s/ Douglas Melcher
                                             Peter C. Grenier
                                             Douglas Melcher
                                             Attorneys for Plaintiff/admitted *pro hac vice*


Dated: April 22, 2008                    LONGYEAR, O'DEA & LAVRA, LLP

                                         By: /s/ Jennifer Marquez
                                             VAN LONGYEAR
                                             JENNIFER MARQUEZ
                                             Attorneys for Defendants


IT IS HEREBY ORDERED that the Further Status Conference in this matter is continued to Friday, May 30, 2008, at 11:00 a.m.

DATED: April 22, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/hewitt1037.statusconf2

Stipulation and Order Regarding Continuance of Status (Pretrial Scheduling) Conference
Page 2