1 VAN LONGYEAR, SBN 84189
JENNIFER MARQUEZ, SBN 232194
2 LONGYEAR, O'DEA AND LAVRA, LLP
3620 American River Drive, Suite 230
3 Sacramento, Ca. 95864
Telephone: (916) 974-8500
4 Facsimile: (916) 974-8510

5 Attorneys for Defendants, County of Sacramento
(also erroneously sued herein as Sacramento County
6 Sheriff's Department and Sacramento County Jail Correctional
Health Services); Sheriff John McGinness; Sandra Hand, M.D.;
7 John O'Shaughnessy; and Tamara Robinson, M.D. Jacqueline Curry, R.N.;
*collectively referred to as County Defendants*

8

9 PORTER SCOTT
A PROFESSIONAL CORPORATION
NORMAN V. PRIOR, SBN 125457
10 350 University Avenue, Suite 200
Sacramento, CA 95825
11 Telephone: (916)929-1481
Facsimile: (916) 927-3706
12 Attorney for Defendant, William G. Douglas, M.D.

13 LAW OFFICES OF GERI LYNN GREEN, LC
GERI LYNN GREEN, SBN 127709
14 700 Montgomery Street
San Francisco, CA 94111
15 Telephone:  (415) 982-2600
Facsimile: (415) 359-4562
16 Attorneys for Plaintiff, Marilee Ann Hewitt

17

18 BODE & GRENIER, LLP
PETER C. GRENIER, Admitted *Pro Hac Vice*
19 DOUGLAS C. MELCHER, Admitted *Pro Hac Vice*
1150 Connecticut Avenue, NW
20 Ninth Floor
Washington, DC 20036
21 Telephone:  (202) 828-4100
Facsimile:  (202) 828-4130
22 Attorneys for Plaintiff, Marilee Ann Hewitt

23

24 **UNITED STATES DISTRICT COURT  EASTERN DISTRICT**

25 **OF CALIFORNIA SACRAMENTO DIVISION**

26

1  MARILEE ANN HEWITT, on behalf of )          CASE NO.  2:07-CV-01037-DAD
    herself and on behalf of her deceased son, )
2  WILLIAM FRANCIS SAMS, as his successor )
    in interest, and as Administratrix of the )     **SUPPLEMENTAL JOINT FURTHER**
3  ESTATE OF WILLIAM FRANCIS SAMS, )         **STATUS CONFERENCE**
                                                              )              **STATEMENT; AND ORDER**
4                    Plaintiff,                       )          **CONTINUING STATUS**
                                                              )              **CONFERENCE**
5  vs.                                                )
                                                              )          **Date:          May 30, 2008**
6                                                        )          **Time:          11:00 a.m.**
                                                              )          **Room:          27**
7  COUNTY OF SACRAMENTO, et al.     )
                                                              )
8                    Defendants.                 )
   _____ )

9

**I.**

**PARTIES**

Since the filing of the last Status Conference Statement, the plaintiffs have named and

served William G. Douglas, M.D.  Dr. Douglas has appeared by answer filed on May 27, 2008.

Dr. Douglas is represented by Norman V. Prior of Porter Scott.

**II.**

**CONSENT TO MAGISTRATE**

Defendant Douglas will cause to be filed a Consent to Jurisdiction of United States

Magistrate Judge.  This document should be on file by close of business on May 28, 2008.

**III.**

**POTENTIAL ADDITIONAL PARTIES**

This case involves the delivery of medical care to decedent, William Francis Sams.  One

of the healthcare providers whose conduct is at issue is a nurse named Edgar Diza, R.N.  Mr.

Diza was a registered nurse supplied to the Main Jail by a Nurse's Registry, Valley Healthcare

Systems, Inc. (VHS).  Unfortunately, Mr. Diza died.  The plaintiffs are determining whether to

add either VHS and/or the Estate of Edgar Diza and additional discovery is required to answer

1  this question.  A copy of the relevant contract between the County of Sacramento and VHS was

2  provided to plaintiffs.

## IV.

## SCHEDULING

The parties agree that it is premature to issue a scheduling order at this time.  The parties

suggest that the Court continue the hearing to Friday, August 22, 2008, to allow counsel for Dr.

Douglas to get up to speed and for the plaintiffs to determine whether to add either VHS or Edgar

Diza (or both) to the action.

## V.

## DISCOVERY

The parties, except for defendant Douglas have exchanged written discovery.  Plaintiffs

have responded to initial written discovery propounded by the County defendants.  Plaintiffs

served written discovery on the County defendants and respective counsel have met and

conferred.

                                             Respectfully submitted,

Dated: May 27, 2008                    LONGYEAR, O'DEA & LAVRA, LLP

                                        By: /s/ Van Longyear
                                             VAN LONGYEAR
                                             JENNIFER MARQUEZ
                                             Attorneys for County Defendants

Dated: May 27, 2008                    PORTER SCOTT

                                          By: /s/ Norman V. Prior
                                             NORMAN V. PRIOR
                                           Attorneys for Defendant,
                                           William G. Douglas, M.D.

1    Dated: May 27, 2008              LAW OFFICES OF GERI LYNN GREEN, LC

2                                     By: /s/ Geri Lynn Green
                                          Geri Lynn Green
3                                         Attorneys for Plaintiff

4

5    Dated: May 27, 2008              BODE & GRENIER, L.L.P.

6                                     By: /s/ Douglas Melcher
                                          Peter C. Grenier
7                                         Douglas Melcher
                                          Attorneys for Plaintiff/admitted *pro hac vice*
8

9

10       IT IS HEREBY ORDERED that the Further Status Conference in this matter is continued

11   to Friday, August 22, 2008, at 11:00 a.m.

12       **IT IS SO ORDERED.**

13   DATED: May 28, 2008.

14

15

16                                   DALE A. DROZD
                                     UNITED STATES MAGISTRATE JUDGE
17

18   Ddad1/orders.consent/hewitt1037.ord

19

20

21

22

23

24

25

26

4