IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARILEE ANN HEWITT,

         Plaintiff,                 No. CIV S-07-1037 DAD

     v.

COUNTY OF SACRAMENTO, et al.,     ORDER

         Defendants.

_____/

       This matter came before the court on January 30, 2009, at 10:00 a.m. for hearing of (1) plaintiff's motion to compel production of personnel files for six non-party Sacramento Sheriff's Department employees and (2) County defendants' motion for a protective order forbidding such production or permitting defendants to submit documents to the court for *in camera* review.  Attorneys Geri L. Green and Douglas C. Melcher appeared telephonically for plaintiff.  Jennifer Marquez, Esq. appeared for defendants County of Sacramento, Sacramento County Sheriff's Department, Sacramento County Jail Correctional Health Services, Sheriff John McGinness, Sandra Hand, John O'Shaughnessy, Tamara Robinson, and Jacqueline Curry.  Heath T. Langle, Esq. appeared for defendant Douglas.

       Upon consideration of the parties' joint statement re discovery disagreement, the arguments of counsel in open court, and the entire file, the court granted both motions in part.

1

1            For the reasons set forth on the record on January 30, 2009, IT IS HEREBY

2    ORDERED that:

3            1.  Plaintiff's motion (Doc. No. 54) to compel production of personnel files is

4    denied as to licensed vocational nurse Thelma O'kere and granted, as limited in open court, as to

5    deputies Minami, Culp, Xiong, Drack, and Smith; County defendants shall produce the specified

6    portions of the personnel files within ten business days after January 30, 2009; and

7            2.  County defendants' motion (Doc. No. 52) for protective order is granted in

8    part; the parties shall confer and stipulate to a protective order and shall submit the proposed

9    stipulated protective order to the court at the earliest possible time.

10   DATED: February 2, 2009.

11

12                             _Dale A. Drozd_

13                       DALE A. DROZD
                         UNITED STATES MAGISTRATE JUDGE

14   DAD:kw
     ddad1\orders.consent\hewitt1037.oah.mtcmpo

15

16

17

18

19

20

21

22

23

24

25

26