1  VAN LONGYEAR, CSB NO. 84189
   JENNIFER MARQUEZ, CSB NO. 232194
2  LONGYEAR, O'DEA AND LAVRA, LLP
   3620 American River Drive, Suite 230
3  Sacramento, Ca. 95864
   Telephone: (916) 974-8500
4  Facsimile: (916) 974-8510

5  Attorneys for Defendants, County of Sacramento
   (also erroneously sued herein as the Sacramento County
   Sheriff's Department and Correctional Health Services);
6  Sacramento County Sheriff's Department,
   Sacramento County Jail Correctional Health
7  Services, Sheriff John McGinness, in his official capacity
   as Sacramento County Sheriff and individually, Sandra Hand, M.D.,
8  in her official capacity as Medical Director of Sacramento County Jail
   Correctional Health Services and individually, John O'Shaughnessy,
9  in his official capacity as Chief of Sacramento County Jail Correctional
   Health Services and individually, Tamara Robinson, M.D,
   Jacqueline Curry, R.N.
10 **collectively referred to as County Defendants**

11

12 LAW OFFICES OF GERI LYNN GREEN, LC
   GERI LYNN GREEN, SBN 127709
13 700 Montgomery Street
   San Francisco, CA 94111
14 Telephone: (415) 982-2600
   Facsimile: (415) 385-4562
15 Attorneys for Plaintiffs

16 BODE & GRENIER, LLP
   PETER C. GRENIER, Admitted *Pro Hac Vice*
17 DOUGLAS C. MELCHER, Admitted *Pro Hac Vice*
   1150 Connecticut Avenue, NW
18 Ninth Floor
   Washington, DC 20036
19 Telephone: (202) 828-4100
   Facsimile: (202) 828-4130
20 Attorneys for Plaintiffs

21
          **UNITED STATES DISTRICT COURT  EASTERN DISTRICT**
22
                **OF CALIFORNIA SACRAMENTO DIVISION**
23

24

25

26

| | |
|---|---|
| MARILEE ANN HEWITT, on behalf of herself and on behalf of her deceased son, WILLIAM FRANCIS SAMS, as his successor in interest, and as Administrator of the ESTATE OF WILLIAM FRANCIS SAMS,<br><br>    Plaintiffs<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>    Defendants. | CASE NO: 2:07-CV-01037-DAD<br><br>DEFENDANT COUNTY OF SACRAMENTO'S, DEFENDANT JACQUELINE CURRY'S, AND PLAINTIFFS' JOINT STIPULATION WITHDRAWING MOTION FOR PROTECTIVE ORDER [DOCKET ENTRY NO. 57] AND MOTION TO COMPEL [DOCKET ENTRY NO. 58] AND ORDER |

   Defendant County of Sacramento, Defendant Jacqueline Curry, and Plaintiffs hereby submit this Joint Stipulation and Order regarding the Motion for a Protective Order [Docket Entry No. 57] and Motion to Compel Depositions [Docket Entry No. 58] which are currently scheduled to be heard by the Court on February 20, 2009.  The parties hereby stipulate that they withdraw their aforementioned motions and request the Court to take those motions off its calendar.

                                            Respectfully submitted,

Dated: February 17, 2009        LONGYEAR, O'DEA & LAVRA, LLP
                                            By:  /s/Jennifer Marquez
                                                    VAN LONGYEAR
                                                    JENNIFER MARQUEZ
                                                    Attorneys for County Defendants


Dated: February 17, 2009        LAW OFFICES OF GERI LYNN GREEN, LC
                                            By: /s/ Geri Lynn Green
                                                    Geri Lynn Green
                                                    Attorney for Plaintiffs

| | |
|---|---|
| Dated: February 17, 2009 | BODE & GRENIER, L.L.P. |
| | By: /s/ Douglas Melcher |
| | Peter C. Grenier |
| | Douglas Melcher |
| | Attorney for Plaintiffs/admitted *pro hac vice* |

IT IS SO ORDERED.

DATED: February 17, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/hewitt1037.withdraw

Joint Stipulation Withdrawing Motion for Protective Order [Docket Entry No. 57] and
Motion to Compel [Docket Entry No. 58]
Page 3