VAN LONGYEAR, CSB NO. 84189
JENNIFER MARQUEZ, CSB NO. 232194
LONGYEAR, O'DEA AND LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendants, County of Sacramento
(also erroneously sued herein as the Sacramento County
Sheriff's Department and Correctional Health Services);
Sacramento County Sheriff's Department,
Sacramento County Jail Correctional Health
Services, Sheriff John McGinness, in his official capacity
as Sacramento County Sheriff and individually, Sandra Hand, M.D.,
in her official capacity as Medical Director of Sacramento County Jail
Correctional Health Services and individually, John O'Shaughnessy,
in his official capacity as Chief of Sacramento County Jail Correctional
Health Services and individually, Tamara Robinson, M.D,
Jacqueline Curry, R.N.
*collectively referred to as County Defendants*

# UNITED STATES DISTRICT COURT EASTERN DISTRICT

# OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| MARILEE ANN HEWITT, on behalf of herself and on behalf of her deceased son, WILLIAM FRANCIS SAMS, as his successor in interest, and as Administrator of the ESTATE OF WILLIAM FRANCIS SAMS,<br><br>Plaintiff<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>Defendants. | CASE NO: 2:07-CV-01037-DAD<br><br>**STIPULATION REGARDING EXPERT WITNESS DEPOSITIONS**<br><br>**ORDER** |

COME NOW the parties, through their respective counsel, and stipulate as follows:

1. The deposition of expert witnesses in this case shall proceed by way of stipulation rather than notice and subpoena;

2. Except as noted below, the experts shall be deposed in the city in which the expert primarily conducts his/her business;

1

3. James Lawrence will be deposed in New York City. Defendants shall bear the cost of the reasonable travel expenses incurred by Mr. Lawrence from his principal place of business, Albany, New York, to and from New York City, and the reasonable fee for the travel time;

4. The parties agree that each party will bear the fees and expenses of their own respective experts for preparation and time spent in deposition;

5. The parties agree to proceed by telephone deposition for the deposition of Richard Edelman, Ph.D. His deposition will proceed on April 9, 2009, unless the parties mutually agree to an alternative date;

6. At deposition, each expert will bring with him or her and make available for inspection and copying, the expert's entire file, created regarding the work performed in connection with this case, including all notes (recorded in any format), copies of all documents reviewed, considered or relied upon, during their work in this case. The expert will also produce billing records for all work performed in this case. The parties agree that experts shall not be required to produce copies of their written communications with counsel (except for billing invoices).

**IT IS SO STIPULATED.**

Dated: March 27, 2009        LAW OFFICES OF GERI LYNN GREEN, LC


                             By: /s/ Geri L. Green
                                 GERI LYNN GREEN
                                 Attorney for Plaintiffs

Dated: March 27, 2009        BODE & GRENIER, LLP


                             By: /s/ Douglas C. Melcher
                                 DOUGLAS C. MELCHER
                                 PETER C. GRENIER
                                 Attorneys for Plaintiff/Admitted Pro Hac Vice

/////

Dated: March 27, 2009         PORTER SCOTT


                              By:/s/ Norman V. Prior
                                  NORMAN V. PRIOR
                                  HEATH LANGLE
                                  Attorneys for Defendant Dr. William G. Douglas


Dated: March 27, 2009         LONGYEAR, O'DEA & LAVRA, LLP


                              By: /s/ Van Longyear
                                  VAN LONGYEAR
                                  JENNIFER MARQUEZ
                                  Attorneys for County Defendants


IT IS SO ORDERED.

DATED: March 27, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/hewitt1037.stipord

3