IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARILEE ANN HEWITT,

    Plaintiff,                    No. CIV S-07-1037 DAD

    v.

COUNTY OF SACRAMENTO, et al.,      ORDER MODIFYING SCHEDULING ORDER

    Defendants.
_____/

        This matter came before the court on March 5, 2009, for telephonic status conference regarding discovery and scheduling issues. Geri L. Green, Peter Grenier and Douglas C. Melcher appeared telephonically for plaintiff. Jennifer Marquez telephonically appeared for defendants County of Sacramento, Sacramento County Sheriff's Department, Sacramento County Jail Correctional Health Services, Sheriff John McGinness, Sandra Hand, John O'Shaughnessy, Tamara Robinson, and Jacqueline Curry. Norman Prior appeared for defendant Douglas.

        For the reasons set forth on the record on March 5, 2009, the court's August 25, 2008, Scheduling Order was modified as follows:

        1. Defendants shall designate in writing and file with the court and serve upon all parties the names of all experts that they propose to tender at trial not later than **March 20, 2009**;

/////

1

2. Plaintiff shall designate in writing and file with the court and serve upon all parties the names of any rebuttal experts not later than **March 27, 2009**;

3. All discovery is left open, save and except that it shall be so conducted as to be <u>completed</u> by **April 24, 2009**; and

4. All other dates established by the court's August 25, 2008, Scheduling Order remain in effect.

DATED: May 15, 2009.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1\orders.consent\hewitt1037.oah.030509