VAN LONGYEAR, CSB NO. 84189
JENNIFER MARQUEZ, CSB NO. 232194
LONGYEAR, O'DEA AND LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendants, County of Sacramento
(also erroneously sued herein as the Sacramento County
Sheriff's Department and Correctional Health Services);
Sacramento County Sheriff's Department,
Sacramento County Jail Correctional Health
Services, Sheriff John McGinness, in his official capacity
as Sacramento County Sheriff and individually, Sandra Hand, M.D.,
in her official capacity as Medical Director of Sacramento County Jail
Correctional Health Services and individually, John O'Shaughnessy,
in his official capacity as Chief of Sacramento County Jail Correctional
Health Services and individually, Tamara Robinson, M.D,
Jacqueline Curry, R.N.
*collectively referred to as County Defendants*

# UNITED STATES DISTRICT COURT EASTERN DISTRICT

# OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| MARILEE ANN HEWITT, on behalf of herself and on behalf of her deceased son, WILLIAM FRANCIS SAMS, as his successor in interest, and as Administrator of the ESTATE OF WILLIAM FRANCIS SAMS,<br><br>Plaintiff<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>Defendants. | CASE NO: 2:07-CV-01037-DAD<br><br>**STIPULATION REGARDING EXTENSION OF TIME FOR PLAINTIFF'S OPPOSITION AND DEFENDANTS' REPLY TO MOTION FOR SUMMARY JUDGMENT AND/OR ADJUDICATION AND ORDER**<br><br>**Date: June 5, 2009**<br>**Time: 10:00 AM**<br>**Courtroom 27**<br><br>**The Honorable Dale A. Drozd** |

IT IS HEREBY STIPULATED BETWEEN Plaintiff, Marilee Ann Hewitt, on Behalf of Herself and on Behalf of Her Deceased Son, William Francis Sams, as His Successor in Interest, and as Administrator of the Estate of William Francis Sams, by and through her attorneys, Doug C. Melcher and Peter C. Grenier of Bode & Grenier, LLP, and Geri L. Green of the Law Offices of Geri Lynn

1

Green, LC; Defendant William G. Douglas, M.D., by through his attorneys, Norman V. Prior and Heath Langle of Porter Scott; and Defendants, County of Sacramento, Sheriff John McGinness, Sandra Hand, M.D., John O'Shaughnessy, Tamara Robinson, M.D, and Jacqueline Curry, R.N., by and through their attorneys, Van Longyear and Jennifer Marquez of Longyear, O'Dea & Lavra, LLP, that due to the Notice of Errata filed on May 11, 2009 (Doc. 89) the parties hereby stipulate to the following:

1. The last day for plaintiff to file and serve an opposition to both County Defendants and Defendant William Douglas' Motions for Summary Judgment and/or Adjudication is Tuesday, May 26, 2009; and

2. The last day for County Defendants and Defendant Douglas to file and serve a reply brief to plaintiff's opposition to the Motions for Summary Judgment and/or Adjudication is Monday, June 1, 2009.

The hearing on Defendants' Motions for Summary Judgment and/or Adjudication is currently scheduled for June 5, 2009. The last day to file and serve a Joint Pretrial Conference Statement is July 10, 2009. The Pretrial Conference is scheduled for July 17, 2009 and trial is scheduled to begin on October 6, 2009.

**IT IS SO STIPULATED.**

Dated: May 14, 2009          BODE & GRENIER, LLP

                             By:   /s/ Douglas C. Melcher
                                   PETER C. GRENIER
                                   DOUGLAS C. MELCHER
                                   Attorneys for Plaintiff

Dated: May 14, 2009          LONGYEAR, O'DEA & LAVRA, LLP

                             By:   /s/ Van Longyear
                                   VAN LONGYEAR
                                   JENNIFER MARQUEZ
                                   Attorneys for County Defendants

Dated: May 14, 2009          PORTER SCOTT

                             By:   /s/ Norman V. Prior
                                   NORMAN V. PRIOR
                                   HEATH LANGLE
                                   Attorneys for Defendant, William G. Douglas, M.D.

1  **IT IS SO ORDERED.**

2  DATED: May 15, 2009.

4  Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/hewitt1037.stipord.eot