VAN LONGYEAR, CSB NO. 84189
JENNIFER MARQUEZ, CSB NO. 232194
LONGYEAR, O'DEA AND LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendants, County of Sacramento
(also erroneously sued herein as the Sacramento County
Sheriff's Department and Correctional Health Services);
Sacramento County Sheriff's Department,
Sacramento County Jail Correctional Health
Services, Sheriff John McGinness, in his official capacity
as Sacramento County Sheriff and individually, Sandra Hand, M.D.,
in her official capacity as Medical Director of Sacramento County Jail
Correctional Health Services and individually, John O'Shaughnessy,
in his official capacity as Chief of Sacramento County Jail Correctional
Health Services and individually, Tamara Robinson, M.D,
Jacqueline Curry, R.N.
*collectively referred to as County Defendants*

## UNITED STATES DISTRICT COURT EASTERN DISTRICT

## OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| MARILEE ANN HEWITT, on behalf of herself and on behalf of her deceased son, WILLIAM FRANCIS SAMS, as his successor in interest, and as Administrator of the ESTATE OF WILLIAM FRANCIS SAMS,<br><br>Plaintiff<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>Defendants. | CASE NO: 2:07-CV-01037-DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE FOR INDIVIDUAL DEFENDANTS**<br><br>[Fed.R.Civ.P.41(a)] |

COMES NOW PLAINTIFFS AND DEFENDANTS Sheriff John McGinness, Sandra Hand, M.D., John O'Shaughnessy, Tamara Robinson, M.D., Jacqueline Curry, R.N., and Williams Douglas, M.D. in this action and through their counsel stipulate that this matter may be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, of any

Stipulation and [Proposed] Order for Dismissal with Prejudice
[Fed.R.Civ.P.41(a)] for Individual Defendants
PAGE: 1

and all claims. Each party to bear his, her or its own costs and attorneys' fees, including any entitlement to fees or costs pursuant to 42 U.S.C. Section 1988. The parties therefore stipulate that this matter may be dismissed in its entirety with prejudice.

This stipulation may be executed in counterpart.

**IT IS SO STIPULATED**:

Dated: August 18, 2009　　　LAW OFFICES OF GERI LYNN GREEN, LC

By:/s/ Geri L. Green
GERI LYNN GREEN
Attorney for Plaintiffs

Dated: August 18, 2009　　　BODE & GRENIER, LLP

By: /s/ Peter C. Grenier
DOUGLAS C. MELCHER
PETER C. GRENIER
Attorneys for Plaintiff/Admitted Pro Hac Vice

Dated: August 18, 2009　　　PORTER SCOTT

By:/s/ Norman V. Prior
NORMAN V. PRIOR
HEATH LANGLE
Attorneys for Defendant Dr. William G. Douglas

Dated: August 18, 2009　　　LONGYEAR, O'DEA & LAVRA, LLP

By:/s/ Van Longyear
VAN LONGYEAR
JENNIFER MARQUEZ
Attorneys for County Defendants

/ / /

Stipulation and [Proposed] Order for Dismissal with Prejudice
[Fed.R.Civ.P.41(a)] for Individual Defendants
PAGE: 2

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

# ORDER DISMISSING ACTION

**IT IS SO ORDERED.** This entire action is dismissed with prejudice. All parties to bear his, her or its own costs and attorneys' fees.

DATED: August 18, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/hewitt1037.dism.individual

Stipulation and [Proposed] Order for Dismissal with Prejudice
[Fed.R.Civ.P.41(a)] for Individual Defendants
PAGE: 3