1  VAN LONGYEAR, CSB NO. 84189
   JENNIFER MARQUEZ, CSB NO. 232194
2  LONGYEAR, O'DEA AND LAVRA, LLP
   3620 American River Drive, Suite 230
3  Sacramento, Ca. 95864
   Telephone: (916) 974-8500
4  Facsimile: (916) 974-8510

5  Attorneys for Defendants, County of Sacramento
   (also erroneously sued herein as the Sacramento County
6  Sheriff's Department and Correctional Health Services);
   Sacramento County Sheriff's Department,
7  Sacramento County Jail Correctional Health
   Services, Sheriff John McGinness, in his official capacity
8  as Sacramento County Sheriff and individually, Sandra Hand, M.D.,
   in her official capacity as Medical Director of Sacramento County Jail
9  Correctional Health Services and individually, John O'Shaughnessy,
   in his official capacity as Chief of Sacramento County Jail Correctional
10 Health Services and individually, Tamara Robinson, M.D,
   Jacqueline Curry, R.N.
11 *collectively referred to as County Defendants*

## UNITED STATES DISTRICT COURT  EASTERN DISTRICT

## OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| MARILEE ANN HEWITT, on behalf of herself and on behalf of her deceased son, WILLIAM FRANCIS SAMS, as his successor in interest, and as Administrator of the ESTATE OF WILLIAM FRANCIS SAMS,<br><br>Plaintiff<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>Defendants. | CASE NO: 2:07-CV-01037-DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE FOR COUNTY DEFENDANT**<br><br>**[Fed.R.Civ.P.41(a)]** |

COMES NOW PLAINTIFFS AND DEFENDANTS County of Sacramento (also erroneously sued herein as the Sacramento County Sheriff's Department and Correctional Health Services); Sacramento County Sheriff's Department, Sacramento County Jail Correctional Health Services (hereinafter "The County"), in this action and through their counsel stipulate that this matter may be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil

Stipulation and [Proposed] Order for Dismissal with Prejudice
[Fed.R.Civ.P.41(a)] for County Defendant
PAGE: 1

1  Procedure, of any and all claims, in consideration of settlement payment from the County to
2  plaintiff Marilee Ann Hewitt, for amount satisfactory to plaintiff.
3       Each party to bear his, her or its own costs and attorneys' fees, including any entitlement
4  to fees or costs pursuant to 42 U.S.C. Section 1988.  The parties therefore stipulate that this
5  matter may be dismissed in its entirety with prejudice.
6       This stipulation may be executed in counterpart.
7  **IT IS SO STIPULATED**:

Dated: August 18, 2009     LAW OFFICES OF GERI LYNN GREEN, LC

By:/s/ Geri L. Green
    GERI LYNN GREEN
    Attorney for Plaintiffs

Dated: August 18, 2009     BODE & GRENIER, LLP

By: /s/ Peter C. Grenier
    DOUGLAS C. MELCHER
    PETER C. GRENIER
    Attorneys for Plaintiff/Admitted Pro Hac Vice

Dated: August 18, 2009     PORTER SCOTT

By:/s/ Norman V. Prior
    NORMAN V. PRIOR
    HEATH LANGLE
    Attorneys for Defendant Dr. William G. Douglas

Dated: August 18, 2009     LONGYEAR, O'DEA & LAVRA, LLP

By:/s/ Van Longyear
    VAN LONGYEAR
    JENNIFER MARQUEZ
    Attorneys for County Defendants

///

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

Stipulation and [Proposed] Order for Dismissal with Prejudice
[Fed.R.Civ.P.41(a)] for County Defendant
PAGE: 2

# ORDER DISMISSING ACTION

**IT IS SO ORDERED.** This entire action is dismissed with prejudice. All parties to bear his, her or its own costs and attorneys' fees.

DATED: August 18, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/hewitt1037.dism.County

Stipulation and [Proposed] Order for Dismissal with Prejudice
[Fed.R.Civ.P.41(a)] for County Defendant
PAGE: 3